**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORPORATION, et al., | NO. CV 07-00602 SJO (MANx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| SAUL SANCHEZ, et al., | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of Final Judgment that has been executed on behalf of Plaintiffs Twentieth Century Fox Film Corporation, Columbia Pictures Industries, Inc., and Disney Enterprises, Inc. (collectively, "Plaintiffs") on the one hand, and Defendant Saul Sanchez on the other hand, concluded that Plaintiffs are entitled to judgment in this case.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.      That judgment be entered in favor of Plaintiffs on all claims.

2.      That Plaintiffs are awarded $50,000 in damages for Sanchez' infringement.

2.      That Plaintiffs are awarded post-judgment interest at the rate of 10% per annum from the date of entry of judgment until paid in full.

3.      That Plaintiffs are further entitled to, and shall collectively recover from Sanchez, their actual attorney fees, costs, and expenses in connection with enforcing, executing on,

1  collecting on or confirming this Judgment according to proof. The Court retains jurisdiction to

2  award these attorney fees, costs, and expenses upon motion or application by Plaintiffs or their

3  counsel.

4       IT IS SO ORDERED.

5  Dated this 10th day of June, 2008.     /S/ S. James Otero

6

7                                              S. JAMES OTERO
                                 UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28